IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT ANDERSON and MICHELLE HARRIS, individually and on behalf of their children PRINCE JAIDEN ANDERSON and PRINCESS JAI'ME ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>MONIQUE LOMAS, AL VERNON, ROBIN SMITH, SHERRY HAWKINS, COUNTY OF SONOMA, DR. SANDRA STEIN, NICOLE GUSTELY, DOES I-XXX,<br><br>Defendants.<br>_____/ | No. C 11-01414 SI<br><br>**ORDER VACATING AND RESETTING HEARING DATE AND BRIEFING SCHEDULE** |

A hearing on defendants' motions to dismiss is currently set for October 7, 2011. That hearing is hereby VACATED, and reset for **Monday, October 17**, **2010, at 10 A.M.**

Plaintiffs' brief in opposition to the Sonoma County defendants' September 2, 2011 motion to dismiss must be filed by **Tuesday, October 4, 2011**. Any replies must be filed by **Tuesday, October 11, 2011**.

**IT IS SO ORDERED.**

Dated: October 3, 2011

_____
SUSAN ILLSTON
United States District Judge