Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone: 707-526-4250
Facsimile: 707-526-0347

Attorneys for Defendants Monique Lomas, Al Vernon, Robin Smith and Sherry Hawkins

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brett Anderson and Michelle Harris, individually and on behalf of their children Prince Jaiden Anderson and Princess Jai'me Anderson,<br><br>    Plaintiffs,<br><br> v.<br><br>Monique Lomas, deputy sheriff, et al.,<br><br>    Defendants.<br>_____/ | No. C11-01414 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Date: October 28, 2011<br>Time: 2:30 p.m.<br>Ctrm: 10, 19th Floor |

  The parties, by and through their respective attorneys of record herein, jointly stipulate as follows:

1. On October 17, 2011, the parties appeared through their counsel of record in this Court for hearing on the motions to dismiss filed by defendant Sandra Stein and by defendants Al Vernon, Monique Lomas, Sherry Hawkins, and Robin Smith.

2. The Court indicated at the hearing that the motions were taken under submission.

3. At the hearing, the Court indicated that the parties need not prepare and file their Joint Case Management Statement until after the Court issued a ruling on the pending motions to dismiss.

4. To date, no ruling has issued.

5. In the interests of justice, the parties jointly request that the Initial Case Management

SENNEFF FREEMAN BLUESTONE

NO. C11-01414 SI:  Stipulation to Continue CMC; [Proposed] Order Thereon                1

1  Conference, currently scheduled for October 28, 2011 at 2:30 p.m. in the above-entitled court,
2  respectfully be continued to December 2, 2011, at 2:30 p.m. to allow time for the issuance of
3  the pending order.

4  DATED: October 26, 2011      SENNEFF FREEMAN & BLUESTONE, LLP

6  By: /s/ Bonnie A. Freeman
    Bonnie A. Freeman
    Attorneys for Defendants Monique Lomas,
7   Al Vernon, Robin Smith and Sherry Hawkins

8  DATED: October 26, 2011      LAW OFFICES OF DAVID L. OLSON

10 By: /s/ David L. Olson
    David L. Olson
11  Attorneys for Defendant Sandra Stein

12 DATED: October 26, 2011

14 By: /s/ William M. Simpich
    William M. Simpich
15  Attorney for Plaintiffs

17 IT IS SO ORDERED.

19 Date: 10/28/11
20  Hon. Susan Illston
    United States District Court