IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRETT ANDERSON and MICHELLE HARRIS, individually and on behalf of their children PRINCE JAIDEN ANDERSON and PRINCESS JAI'ME ANDERSON,

Plaintiffs,

v.

MONIQUE LOMAS, AL VERNON, ROBIN SMITH, SHERRY HAWKINS, COUNTY OF SONOMA, DR. SANDRA STEIN, and DOES I-XXX,

Defendants.

No. C 11-01414 SI

**ORDER DISMISSING CASE**

On October 31, 2011, the Court granted defendants' motions to dismiss this case. The Court allowed for leave to amend the complaint with respect to defendants Vernon and Lomas. On November 14, 2011, plaintiffs filed a request for voluntary dismissal of the remainder of this action without prejudice, pursuant to the Court's October 31st Order and Fed. R. Civ. P. 41.

Plaintiffs' previously asserted federal claims against defendants Smith, Hawkins, Stein, and the County of Sonoma are DISMISSED WITH PREJUDICE. Plaintiffs' remaining claims are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 15, 2011

SUSAN ILLSTON
United States District Judge