**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRETT ANDERSON and MICHELLE HARRIS, individually and on behalf of their children PRINCE JAIDEN ANDERSON and PRINCESS JAI'ME ANDERSON,

       Plaintiffs,

  v.

MONIQUE LOMAS, AL VERNON, ROBIN SMITH, SHERRY HAWKINS, COUNTY OF SONOMA, DR. SANDRA STEIN, and DOES I-XXX,

       Defendants.

_____/

No. C 11-01414 SI

**JUDGMENT**

      This action has been dismissed, with prejudice as to certain claims and without prejudice as to others.  Judgment is entered accordingly.


      **IT IS SO ORDERED AND ADJUDGED.**


Dated: November 15, 2011

_____
SUSAN ILLSTON
United States District Judge