IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT ANDERSON and MICHELLE HARRIS, individually and on behalf of their children PRINCE JAIDEN ANDERSON and PRINCESS JAI'ME ANDERSON,<br><br>    Plaintiffs,<br><br>  v.<br><br>MONIQUE LOMAS, AL VERNON, ROBIN SMITH, SHERRY HAWKINS, COUNTY OF SONOMA, DR. SANDRA STEIN, and DOES I-XXX,<br><br>    Defendants.<br>_____/ | No. C 11-01414 SI<br><br>**JUDGMENT** |

This action has been dismissed, with prejudice as to certain claims and without prejudice as to others. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 15, 2011

                                              SUSAN ILLSTON
                                              United States District Judge